PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kenneth Stuart                                    Cr.: 06-00375-001
                                                                    PACTS Number: 46088

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh, U.S. District Judge

Date of Original Sentence: 03/12/08

Original Offense: Felon in Possession of a Firearm

Original Sentence: 26 months imprisonment, 3 years supervised release, $100 special assessment, Special condition: drug/alcohol treatment, DNA collection

Type of Supervision: Supervised Release                             Date Supervision Commenced: 08/20/10

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

You shall contribute 20 hours of community service per week for a maximum of 20 weeks until gainful, full-time employment is secured. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

On May 7, 2011, Stuart was arrested by the Newark Police Department and charged with CDS related offenses. Aside from arrest, Stuart has remained unemployed since March '01. To address his idle non-productive time and encourage a greater commitment to finding employment, we recommend this sanction.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 06/06/11

THE COURT ORDERS

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

*(signature)*
6/8/11

Dennis M. Cavanaugh
U.S. District Judge

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

You shall contribute 20 hours of community service per week for a maximum of 20 weeks until gainful, full-time employment is secured. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

Witness: _____  Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee
Anthony J. Nisi                       Kenneth Stuart

_____
DATE